IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRANDON MOODY, | : | Civil No. 3:18-cv-53 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| JOHN WETZEL, *et al.*, | : | |
| Defendants | : | |

**ORDER**

**AND NOW**, this 17th day of January, 2024, upon consideration of Defendants' motion (Doc. 147) to compel Plaintiff to submit to a mental health examination under Federal Rule of Civil Procedure Rule 35, and the parties' respective briefs in support of and in opposition to said motion, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 147) is **GRANTED.**

2. Defendants' expert psychiatrist, Dr. Pogos Voskanian, may perform a comprehensive mental health evaluation of Plaintiff, consistent with Federal Rule of Civil Procedure 35.

3. The examination of Plaintiff shall occur at a date and time agreeable to the prison administration at the State Correctional Institution, Phoenix, Pennsylvania (or other such correctional facility where Plaintiff may be confined), Dr. Voskanian, and Plaintiff.

4. The examination will be conducted via a face-to-face interview through Zoom with oral questions, will be premised upon the complaint in this civil action, will be conducted within the usual scope of medical practice, and will have the

purpose of assessing the inmate's overall mental health functioning and needs.

_____
Robert D. Mariani
United States District Judge