**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BRANDON MOODY, | : | Civil No. 3:18-cv-53 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| JOHN WETZEL, *et al.*, | : | |
| Defendants | : | |

**ORDER**

**AND NOW**, this 21st day of September, 2026, upon consideration of Defendants' motion (Doc. 203) for summary judgment, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 203) is **GRANTED** in part and **DENIED** in part as follows.

   a. The motion (Doc. 203) or summary judgment is **GRANTED** with respect to the state law claims, the Fourteenth Amendment substantive due process claim, the First Amendment retaliation claim against Moore-Smeal and Wenerowicz, the claim under the Americans with Disabilities Act, and the claim for injunctive relief. Entry of judgment is deferred pending further Order of Court.

   b. The motion (Doc. 203) for summary judgment is **DENIED** in all other respects.

2. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge